**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1986

ANTHONY G. BRYANT,

Plaintiff - Appellant,

v.

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS;
HOMELAND SECURITY, ICE; INTERNAL REVENUE SERVICE;
EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Joseph Dawson, III, District Judge.  (2:22-cv-00605-JD-MGB)

Submitted:  December 20, 2022                     Decided:  December 22, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony G. Bryant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant appeals the district court's order denying his motion to proceed in forma pauperis and requiring him to pay the full filing fee to proceed with his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). An order denying a motion to proceed in forma pauperis is an appealable interlocutory order. *Roberts v. U.S. Dist. Ct.*, 339 U.S. 844, 845 (1950) (per curiam). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bryant v. Admin. Off. of the U.S. Cts.*, No. 2:22-cv-00605-JD-MGB (D.S.C. Sept. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*